# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

130769

CHERYL SALOKA,
          Plaintiff-Appellant,

v

SHELBY NURSING CENTER JOINT
VENTURE, a/k/a PINEHURST EAST, INC.,
a/k/a BEAUMONT NURSING HOME,
CRYSTAL REICK, VICTORIA CICONE,
PREMIERE HEALTHCARE MANAGEMENT,
INC., and RENEE DECEMBER,
          Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130769
COA: 255954
Macomb CC: 02-005423-NZ

On order of the Court, the application for leave to appeal the December 6, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

t0619

_____
Clerk